St. Louis Brewing Association, Appellant, v. Henry C. Howard, Respondent.

St. Louis Court of Appeals, December 22, 1896.

Jurisdiction, Appellate: ORDER INVOLVING TITLE TO REAL ESTATE. An order of the circuit court setting aside an execution sale of land, involves the title to real estate within the meaning of the state constitution defining the jurisdiction of the appellate courts of the state, and an appeal from such order is, therefore, within the exclusive jurisdiction of the supreme court. (*McAnaw v. Matthis*, 129 Mo. 142.)

*Appeal from the St. Francois Circuit Court.*—Hon. James D. Fox, Judge.

TRANSFERRED TO SUPREME COURT.

No briefs filed.

ROMBAUER, P. J.—The plaintiff obtained a judgment against the defendant and caused an execution to be issued thereon, under which certain lands were sold by the sheriff as the property of the defendant. The defendant thereupon moved to set aside the sheriff's sale on account of certain irregularities. This motion the court sustained, and the plaintiff appealed to this court.

The supreme court in *McAnaw v. Matthis*, 129 Mo. 142, decided that an appeal from an order of a circuit court setting aside an execution sale of land, involves the title to real estate within the meaning of the constitution defining the jurisdiction of the appellate courts in this state, hence the appeal in this case does not lie to this court, but to the supreme court. It is ordered, therefore, that this cause be transferred to the supreme court, and that the clerk do at once send the transcript therein with a certified copy of this order to the clerk of the supreme court.